In the Matter of the Application of CARL F. McKINNEY, Petitioner, Respondent, for a Prohibition Order against EDWARD L. HAMILTON, as Justice of the Peace of the Town of Brunswick, Rensselaer County, New York, and as a Magistrate in a Court of Special Sessions in and for the Town of Brunswick, Rensselaer County, New York, Defendant, Appellant, and JOHN DUNHAM and Others, Defendants.— Appeal from an order granted under article 78 of the Civil Practice Act (prohibition). Respondent and another were arraigned, charged with a violation of section 1272 of the Penal Law, before a Court of Special Sessions, presided over by a justice of the peace of Rensselaer county. The punishment prescribed is a fine of " not less than one hundred nor more than ten thousand dollars for each offense." Under provisions of the Penal Law applicable to Courts of Special Sessions, the court could direct imprisonment, one day for each dollar of the fine. Courts of Special Sessions are without such jurisdiction. (*People ex rel. Cosgriff* v. *Craig*, 195 N. Y. 190; *People* v. *Bellinger*, 269 id. 265.) Order affirmed. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BENNETT, Relator, v. WILLIAM E. SNYDER, as Warden and Agent of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal on longhand record denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of CLIFFORD DAVIDSON for the Dissolution of His Marriage with HANNAH O. DAVIDSON, Pursuant to Section 7-a of the Domestic Relations Law.— Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of MARY EMMA GAGE, Appellant, against STANDARD TEXTILE PRODUCTS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH McGUIRK, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal on typewritten record granted. Motion to reduce the number of copies of the record denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, for an Order Pursuant to Article 78 of the Civil Practice Act in the Nature of an Order of Prohibition against Honorable SIDNEY F. FOSTER, a Justice of the Supreme Court of the State of New York.— Motion, brought on by an order to show cause, denied as matter of discretion and not as a matter of law, with fifty dollars costs. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.